**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Tan Duc USA v. Jimmy Tran

Appellate case number:    01-14-00539-CV

Trial court case number:   2010-48243

Trial court:               309th District Court of Harris County

On December 17, 2015, we issued an order, abating the appeal and remanding to the trial court to hold a hearing and determine whether the parties could agree on a copy of documents missing from the record. On March 3, 2016, a supplemental reporter's record was filed, containing the jury charge conference, and a hearing record was filed, indicating the parties had agreed to the missing tendered, but rejected jury charge questions. A copy of those questions was attached to the hearing record. A supplemental clerk's record was filed on March 9, 2016, containing the trial court's findings of fact and conclusions of law.

We reinstate the appeal on the active docket. Appellee and conditional cross-appellant, Jimmy Tran's conditional cross-appellant's brief is due within 30 days from the date of this order. No further extensions will be granted absent exceptional circumstances.

It is so ORDERED.

Judge's signature: /s/ <u>Rebeca Huddle</u>
                       ☒  Acting individually

Date: March 15, 2016